THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS WELFARE FUND, AND TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS JOINT COOPERATION TRUST FUND, | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | No. 25-cv-5754 |
| v. | ) ) | Hon. Jorge L. Alonso |
| MY-SIGNGUY.COM, INC. an Illinois corporation, a/k/a MY SIGN GUY | ) ) ) ) | |
| Defendant. | ) | |

## FINAL JUDGMENT ORDER

This matter coming before the Court on Plaintiffs' motion for default and for judgment in sum certain, due notice being given and the Court advised in the premises,

IT IS HEREBY ORDERED THAT:

1. Plaintiffs' Motion is GRANTED.

2. Judgment is entered in favor of the Plaintiffs and against the Defendant, MY-SIGN GUY.COM, INC., in the amount of $44,440.69.

_____
Hon. Judge Alonso

12/23/2025_____
Date