## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Case Number: **25-cv-5754**

**Trustees of the Chicago Painters
and Decorators Welfare Fund et al.**

**v.**

**My-Signguy.com, Inc.**

An appearance is hereby filed by the undersigned as attorney
for: **Defendant, My-Signguy.com, Inc.**

Attorney name (type or print): **Todd A. Miller**

Firm: **Allocco, Miller & Cahill, P.C.**

Street address: **20 N. Wacker Drive, Suite 3517**

City/State/Zip: **Chicago, IL 60606**

Bar ID Number: **6216561**          Telephone Number: **(312) 675-4325**
(See item 3 in instructions)

Email Address: **tam@alloccomiller.com**

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☒ Yes | ☐ No |
| Are you a member of the court's general bar? | ☐ Yes | ☒ No |
| Are you a member of the court's trial bar? | ☒ Yes | ☐ No |
| Are you appearing *pro hac vice*? | ☐ Yes | ☒ No |
| If this case reaches trial, will you act as the trial attorney? | ☒ Yes | ☐ No |

If this is a criminal case, check your status.      ☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's
general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14.
I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this
statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 5/15/2026

Attorney signature:      S/ Todd A. Miller
(Use electronic signature if the appearance form is filed electronically.)

Revised 7/19/2023