## THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS WELFARE FUND, AND TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS JOINT COOPERATION TRUST FUND, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | No. 25-cv-5754 |
| v. | ) ) | Hon. Jorge L. Alonso |
| MY-SIGNGUY.COM, INC. an Illinois corporation, a/k/a MY SIGN GUY | ) ) ) | |
| Defendant. | ) ) | |

### AGREED MOTION TO VACATE DEFAULT JUDGMENT AND ENTER ORDER OF DISMISSAL WITH PREJUDICE

Plaintiffs, TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS WELFARE FUND, et al., by their attorneys, Paul M. Egan, James R. Anderson, Grant R. Piechocinski and ARNOLD AND KADJAN LLP, and TODD A. MILLER and ALLOCCO, MILLER & CAHILL, P.C. pursuant to Federal Rule of Civil Procedure 60 (b)(5) hereby present their Motion to Vacate Default Judgment and Enter an Order of Dismissal with prejudice. In support thereof, Plaintiffs state as follows:

1. Plaintiffs filed this Complaint alleging the Defendants failed to pay amounts owed as determined by a fringe benefit compliance audit. The audit was for the period of **July 1, 2020 through February 29, 2024.**

2. Defendant neither appeared nor served an Answer or any other responsive pleading.

3. On December 23, 2025, this Court granted Plaintiffs' Motion and entered judgment in their favor and against the Defendant in the amount of **$44,440.69.**

4. Subsequently, a revised fringe benefit contribution compliance audit for the same period was issued and the parties have been able to resolve the matter to their satisfaction.

5. Federal Rule of Civil Procedure permits parties to seek to vacate a Judgment within a reasonable time and the parties are within the timeframe permitted by the Rules to so move.

WHEREFORE, Plaintiffs move for relief as follows:

A. That this Court vacate its December 23, 2025 Judgment in favor of Plaintiffs and against Defendant My Sign Guy in the amount of $44,440.69, and

B. Enter an Order dismissing this case with prejudice for the audit period from July 1, 2020 through February 29, 2024 with prejudice with each party to bear their own fees and costs.

Respectfully submitted,

**TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS PENSION FUND, et al.,**

By: /s/ James R. Anderson
     One of their Attorneys

PAUL M. EGAN
JAMES R. ANDERSON
GRANT R. PIECHOCINSKI
ARNOLD AND KADJAN LLP
35 E. Wacker Dr., Ste. 600
Chicago, Illinois 60601
(312) 236-0415

**MY-SIGNGUY.COM, INC.
an Illinois corporation, a/k/a MY SIGN GUY**

TODD MILLER
Allocco, Miller & Cahill. P.C.
20 North Wacker Drive, Suite 3517
Chicago, Illinois 60606
(312) 675-4325

By: /s/ Todd Miller