## THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

TRUSTEES OF THE CHICAGO PAINTERS ... )
AND DECORATORS WELFARE FUND, ... )
AND TRUSTEES OF THE CHICAGO ... )
PAINTERS AND DECORATORS JOINT ... )
COOPERATION TRUST FUND, ... )
                                      )     No. 25-cv-5754
                Plaintiffs,    )
   v.                              )     Hon. Jorge L. Alonso
                                        )
MY-SIGNGUY.COM, INC. ... )
an Illinois corporation, a/k/a MY SIGN GUY ... )
                                        )
              Defendant.    )

## NOTICE OF MOTION

TO:    TODD MILLER
        Allocco, Miller & Cahill. P.C.
        20 North Wacker Drive, Suite 3517
        Chicago, Illinois 60606

     **PLEASE TAKE NOTICE** that on May 28, 2026 at 9:30 a.m. or as soon hereafter as counsel may be heard, I shall appear before the **Honorable Judge Jorge L. Alonso** in the Federal District Court, 219 S. Dearborn Street, Chicago, Illinois, Room 1903 and then and there move and present the attached Plaintiffs' Agreed Motion to Vacate Default Judgment and Enter Order of Dismissal With Prejudice. .

                        TRUSTEES OF THE CHICAGO PAINTERS AND
                        DECORATORS WELFARE FUND, ET AL

                        /s/ James R. Anderson
                        One of their Attorneys

ARNOLD AND KADJAN, LLP
35 E. Wacker Drive, Suite 600
Chicago, IL 60601