**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Trustees of the Chicago Painters and Decorators
Welfare Fund, et al.

                                                      Plaintiff,

v.

                                                    Case No.:
                                                    1:25−cv−05754
                                                    Honorable Jorge L.
                                                    Alonso

MY−SIGNGUY.COM, INC., a/k/a MY SIGN GUY

                                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 26, 2026:

       MINUTE entry before the Honorable Jorge L. Alonso: Plaintiffs' Agreed motion to vacate default judgment and enter order of dismissal with prejudice [28] is granted. Enter Order. Motion hearing date of 5/28/26 is stricken. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.