**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS WELFARE FUND, AND TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS JOINT COOPERATION TRUST FUND, | ) ) ) ) ) ) | No. 25-cv-5754 |
| Plaintiffs, | ) ) | |
| v. | ) ) | Hon. Jorge L. Alonso |
| MY-SIGNGUY.COM, INC. an Illinois corporation, a/k/a MY SIGN GUY Defendant. | ) ) ) ) | |

**ORDER**

This cause, coming to be heard upon the parties' Motion to Vacate Judgment and to Enter Order of Dismissal With Prejudice, all parties having notice,

IT IS HEREBY ORDERED THAT:

A.  The Motion is granted.

B.  The December 23, 2025 judgment in favor of Plaintiffs and against Defendant in the amount of $44,440.69 is vacated; and

C.  This case is dismissed with prejudice for the audit period from July 1, 2020 through February 29, 2024 with prejudice and with all parties to bear their own fees and costs.

**ENTERED: May 26, 2026**

_____
**HON. JORGE ALONSO**
**United States District Judge**

JAMES R. ANDERSON
ARNOLD AND KADJAN, LLP
35 East Wacker Drive, Suite 600
Chicago, Illinois 60601
(312)336-0415